No. 95–6930. LOPES v. RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 95–6934. HEIMERMANN v. CALIFORNIA FEDERAL BANK ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–6943. MCREYNOLDS v. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 95–6944. MILLER v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 95–6947. BUSTAMANTE v. O'CONNOR ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–6950. VEY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 95–6957. HALSTEAD v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6962. SMITH v. PARKE, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 95–6969. ROCHE v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6970. WRIGHT v. PARKE-DAVIS DIVISION OF WARNER-LAMBERT CO. ET AL. Ct. App. Mich. Certiorari denied.

No. 95–6972. BREWER v. WARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–6986. WILLIAMS v. SKANDALAKIS ET AL. Sup. Ct. Ga. Certiorari denied.

No. 95–6990. JEFFRIES v. HUNDLEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 95–6995. WASHINGTON v. LEBLANC, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–7003. WILLIAMS v. RESSEAU, SHERIFF, PUTNAM COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.